*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, STEWART, and HACKEL
Appellate Military Judges

———————————————

**UNITED STATES**
*Appellee*

**v.**

**Carver D. HURD**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202100321**

———————————————

Decided: 31 January 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Michael D. Zimmerman

Sentence adjudged 30 September 2021 by a general court-martial convened at Marine Corps Base Camp Quantico, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 9 months, forfeiture of all pay and allowances for 9 months[1], and a bad-conduct discharge.

For Appellant:
*Major Brian L. Farrell, USMCR*

———————————

[1] The convening authority suspended the forfeiture of all pay and allowances for a period of 6 months, directing all pay and allowances for the suspended period be paid to the spouse of the accused for her benefit.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.